## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CASSANDRA RUFF et al.,** : | |
| **Plaintiffs,** : | |
| **v.** : | **CIVIL NO.   09-cv-5550** |
| : | |
| **ALBERT EINSTEIN HEALTHCARE** : | |
| **NETWORK, et al.,** : | |
| **Defendants.** : | |
| : | |

## ORDER

**AND NOW**, this 8th day of September 2011, upon consideration of this Court's attached Memorandum Opinion and Order, and for the reasons stated therein and hereby incorporated, it is hereby **ORDERED**:

1)   Defendants' Motion to Dismiss [doc. no. 156] is **GRANTED:**

2)   In view of the dismissal, the following motions are **DENIED AS MOOT:**

    a)   Plaintiffs' Motion for Expedited Collective Action Notification [doc. no. 125];[1] and,

    b)   Plaintiffs' Motion for Expedited Hearing on Plaintiffs' Motion for Expedited Notice to Affected Employees [doc. no. 128]; and,

    c)   Plaintiffs' Motion to Stay Non-FLSA claims [doc. no. 161]; and

    d)   Defendants' Motion to Quash Plaintiffs' Third-Party Subpoenas [doc. no. 115].

3)   The Plaintiffs' request for leave to amend is **GRANTED.**  The plaintiffs have thirty days to file a second amended complaint

It is so **ORDERED.**

BY THE COURT:

/s/ **Cynthia M. Rufe**

_____
**CYNTHIA M. RUFE, J.**

---

[1]This motion was improperly docketed as a "Motion to Certify."