IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSANDRA RUFF et al., <br>       Plaintiffs, <br> v. <br><br> ALBERT EINSTEIN HEALTHCARE NETWORK, et al., <br>       Defendants. | CIVIL NO.   09-cv-5550 |

### ORDER

**AND NOW**, this 8th day of September 2011, upon consideration of this Court's attached Memorandum Opinion and Order, and for the reasons stated therein and hereby incorporated, it is hereby **ORDERED**:

1) Defendants' Motion to Dismiss [doc. no. 156] is **GRANTED:**

2) In view of the dismissal, the following motions are **DENIED AS MOOT:**

    a) Plaintiffs' Motion for Expedited Collective Action Notification [doc. no. 125];[1] and,

    b) Plaintiffs' Motion for Expedited Hearing on Plaintiffs' Motion for Expedited Notice to Affected Employees [doc. no. 128]; and,

    c) Plaintiffs' Motion to Stay Non-FLSA claims [doc. no. 161]; and

    d) Defendants' Motion to Quash Plaintiffs' Third-Party Subpoenas [doc. no. 115].

3) The Plaintiffs' request for leave to amend is **GRANTED.** The plaintiffs have thirty days to file a second amended complaint

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

---

[1] This motion was improperly docketed as a "Motion to Certify."